Ramirez-Hernandez v Bloomingdale (2023 NY Slip Op 00537)

Ramirez-Hernandez v Bloomingdale

2023 NY Slip Op 00537

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, BANNISTER, MONTOUR, AND OGDEN, JJ.

109 CA 22-00704

[*1]CARLOS RAMIREZ-HERNANDEZ, PLAINTIFF-RESPONDENT,
v
ANDREW C. BLOOMINGDALE, ET AL., DEFENDANTS, AND MAVIS TIRE SUPPLY, LLC, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (THOMAS P. KAWALEC OF COUNSEL), FOR DEFENDANT-APPELLANT.
ANDRUSCHAT LAW FIRM, BUFFALO (TIMOTHY J. ANDRUSCHAT OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (John B. Licata, J.), entered March 23, 2022. The order, among other things, denied defendants' motions seeking to vacate the note of issue and certificate of readiness. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on December 1, 2022,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court